UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON M. TURKISH,

    Plaintiff,

v

MICHIGAN BOARD OF LAW EXAMINERS,

    Defendant.

No. 2:12-cv-13099

HON. AVERN COHN

MAGISTRATE PAUL J. KOMIVES

**STIPULATION AND ORDER FOR DISMISSAL OF
PLAINTIFF'S COMPLAINT WITH PREJUDICE**

The parties, by and through their attorneys, stipulate and agree that the above-captioned case be dismissed with prejudice and without costs or fees to either party.

For Plaintiff:

*/s/ Richard Bernstein (with permission)*
Richard H. Bernstein
31731 Northwestern Hwy, Ste 333
Farmington Hills, MI 48334
(248) 737-8400
P58551

For Defendant:

*/s/ Christina Grossi*
Christina M. Grossi
Michigan Dep't of Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
P67482

IT IS SO ORDERED.

s/Avern Cohn
Hon. Avern Cohn
U.S. District Judge